# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY McGIRT,<br><br>    Plaintiff,<br><br>vs.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA,<br><br>    Defendant. | Case No. LA CV 15-2674 JAK (JEMx)<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**<br><br>JS-6 |

Based upon the stipulation of the parties and for good cause shown, IT IS HEREBY ORDERED that this action, Case No. LA CV 15-2674 JAK (JEMx), is dismissed in its entirety as to all defendants, with prejudice.

IT IS HEREBY FURTHER ORDERED that each party shall bear its own attorneys' fees and costs in this matter.

Dated: June 17, 2015

_____
Hon. John A. Kronstadt
United States District Judge

LAW OFFICES
MESERVE,
MUMPER &
HUGHES LLP

143519.1

1

Case No. LA CV 15-2674 JAK (JEMx)
ORDER GRANTING STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE